477

No. 39816.—Protest 967027–G of R. C. Williams & Co., Inc. (New York).

Opinion by Evans, J. It was stipulated that the wine in question contains less than 15 percent of alcohol and is similar to that the subject of Abstract 38746. The claim at 75 cents per gallon under paragraph 804 and T. D. 48316 was therefore sustained.

No. 39817.—Protests 757239–G, etc., of Edward Brenner (New York).

Opinion by Evans, J. The protests were submitted on the records without further evidence. As there was nothing to warrant disturbing the finding of the collector the protests were overruled.

No. 39818.—Protests 915854–G, etc., of J. H. & G. B. Siebold, Inc., et al. (New York).

Opinion by Evans, J. On the records presented the protests were overruled.

No. 39819.—Protest 876465–G of Greenberg & Josefsberg (New York).

Opinion by Evans, J. On the record presented the protest was overruled.

No. 39820.—Protests 967692–G, etc., of Columbia Pictures Corp. of California, Ltd. (Los Angeles).

Opinion by Evans, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39821.—Petitions 5611–R, etc., of Mitsui & Co., Ltd. (San Francisco).

Opinion by Evans, J. From the evidence it was found that the petitioner was without intent to deceive the Government officials or to defraud the revenue. The petitions were therefore granted.

BEFORE THE FIRST DIVISION, NOVEMBER 14, 1938

No. 39822.—Protest 842130–G of Hammond Cedar Co., Ltd. (Bridgeport).

Opinion by McClelland, P. J. In accordance with stipulation of counsel and on the authority of Myers v. United States (T. D. 49530) the protest was sustained.